IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| | : NO.  04cr697-01 |
| vs. | : |
| | : CIVIL ACTION |
| MALCOLM LADSON | : NO.  13cv5737 |

O R D E R

**AND NOW**, this 25th day of March, 2015, upon consideration of Defendant's Motion in Support of Ground One under 28 U.S.C. § 2255(f)(3) in Light of the U.S. Supreme Court Decision in *Descamps v. United States*, (Document No. 211), and the government's response and the defendant's traverse, **IT IS HEREBY ORDERED** that:

1. The motion is **DISMISSED** for lack of jurisdiction.

2. The clerk of court **SHALL CLOSE THIS MATTER FOR STATISTICAL PURPOSES**.

3. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this court's ruling.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

s/William H. Yohn Jr.
William H. Yohn Jr., Judge