# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO.  04-697-1** |
| | : | |
| **MALCOLM LADSON** | : | |
| 46948-066 | | |

# ORDER

**AND NOW**, this 22ⁿᵈ day of June 2020, upon considering Defendant's renewed Motion for reduction of sentence (ECF Doc. No. 251), the United States' Response (ECF Doc. No. 252), Defendant's supplemental Memorandum (ECF Doc. No. 262), following an evidentiary hearing where we evaluated the credibility of testimony and admitted exhibits, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion (ECF Doc. No. 251) is **GRANTED;**

2. We **amend** the August 2, 2005 Judgment and Commitment Order (ECF Doc. No. 114) to sentence Malcolm Ladson USM# 46948-066 to **time served through June 24, 2020**;

3. Mr. Ladson shall be released from custody on June 24, 2020;

4. Defendant's three-year term of supervised release shall begin immediately upon release from custody with all standard conditions of supervision and the following special conditions:

    a. Mr. Ladson will remain confined to his home for two weeks with no contact with anyone other than his family upon release from custody;

    b. Mr. Ladson shall maintain his residence in this District and shall not leave this District without consent from his Probation Officer;

    c. Mr. Ladson shall immediately begin steps to secure a Pennsylvania driver's license and begin work consistent with his June 16, 2020 sworn testimony upon completing the two weeks home quarantine;

    d. Mr. Ladson shall immediately begin steps to arrange for community involvement, including efforts in speaking to or working with younger persons at Carson Valley School or otherwise in this District at least three times over the course of his term of supervision as approved by the Probation Officer;

    e. Mr. Ladson shall not possess a firearm, destructive device, or any other dangerous weapon on his person or in a residence;

    f. Mr. Ladson shall cooperate in the collection of DNA as directed by the Probation Officer;

    g. Mr. Ladson shall submit to urinalysis within twenty days after being placed on supervision and at least two periodic tests thereafter at the direction of the Probation Officer;

    h. Mr. Ladson shall participate in a drug treatment program consistent with the regiment of the Bureau of Prisons' RDAP program until satisfactorily excused by the Probation Officer and which may include urinalysis testing at the direction of the Probation Officer; and,

    i. Mr. Ladson shall seek and maintain gainful employment, including providing verification of employment as directed by the Probation Officer.

  5. All other conditions of supervision in the August 2, 2005 Judgment and Commitment Order (ECF Doc. No. 114) remain in effect.

                        **KEARNEY, J.**